IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEON WATKINS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00116-JRG-RSP |
| PUMP MASTERS, INC. and JAMES JEFFERY WOOD, | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Leon Watkins ("Plaintiff"). (Dkt. No. 3.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed with prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**
Jun 21, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE